# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Dana Klippel,

Plaintiff(s),

v.

Gary S. Shifrin and Marilyn M. Shifrin,
Individually and d/b/a Custom Candy Design,

Defendant(s).

Case No. 17cv 619
Judge Charles P. Kocoras

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of the plaintiff Dana Klippel and against defendants Gary S. Shifrin and Marilyn M. Shifrin, individually and d/b/a Custom Candy Design in the amount of $19,332.80.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Charles P. Kocoras on a motion default judgment.

Date: 5/11/2017                               Thomas G. Bruton, Clerk of Court

                                              Vettina Franklin, Deputy Clerk